**Sharon G. Jeffries GUNNELS,
Respondent,**

v.

**Marvin L. JEFFRIES, Appellant.**

**No. WD 43419.**

Missouri Court of Appeals,
Western District.

May 28, 1991.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
June 27, 1991.

Carl W. Bussey, Kansas City, for appellant.

Sharon G. Jeffries Gunnels, Grandview, pro se.

Before TURNAGE, P.J., and
LOWENSTEIN and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Appeal from an order which modified a decree of dissolution to increase appellant's child support obligation.

Affirmed. Rule 84.16(b).